# Order

Michigan Supreme Court
Lansing, Michigan

June 12, 2019

158077

*In re* PAROLE OF RONALD IRWIN.
_____

MACOMB COUNTY PROSECUTING
ATTORNEY,
      Appellee,

v

RONALD IRWIN,
      Appellant,
_____

PAROLE BOARD,
      Intervenor.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158077
COA: 342963
Macomb CC: 2017-000053-AP

On order of the Court, the application for leave to appeal the June 7, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the Parole Board clearly abused its discretion by granting parole. We note that a similar issue was presented in *In re Parole of Layman* (Docket No. 157104), which we remanded to the Court of Appeals for consideration as on leave granted by order dated April 3, 2018, and which was decided in *In re Parole of Layman*, unpublished per curiam opinion of the Court of Appeals, issued September 20, 2018 (Docket No. 341112). Further, we note that a similar issue is presented in *In re Parole of Plunkett* (Docket No. 159032), which we remanded to the Court of Appeals for consideration as on leave granted by order dated June 12, 2019. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

VIVIANO, J. did not participate because he presided in the circuit court as the sentencing judge in the underlying criminal case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019
_____

t0605

_____
Clerk